UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES SHEFFEY, | ) | Case No.: 1:14 CV 1329 |
| Petitioner | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| MARGARET BRADSHAW, Warden, | ) | |
| Respondent | ) | ORDER |

Pending before this court is Petitioner James Sheffey's Motion for Default Judgment (ECF No. 6) for Respondent's failure to timely answer Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1). The Motion was filed on October 17, 2014. Magistrate Judge Limbert submitted his Interim Report & Recommendation (ECF No. 8) on October 29, 2014, recommending that Petitioner's Motion for Default Judgement be denied as moot because Respondent already filed a timely Motion for Extension of Time on July 17, 2014, which Magistrate Judge Limbert granted on July 18, 2014. This court adopts Magistrate Judge Limbert's Recommendation in its entirety and, therefore, denies as moot Petitioner's Motion for Default Judgment (ECF No. 6).

IT IS SO ORDERED.

/s/ *SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

January 28, 2015